December 28, 2023

Western District of New York
Unified States District Court
2 Niagara Sq.
Buffalo, NY 14202

Rachel Eckert
277 Barnard St.
Buffalo, NY 14206

> RE: Eckert v. City of Buffalo, et al
> 1:22-cv-00540

Hon. Lawrence J. Vilardo,

    The Plaintiff writes this court to inquire the status of service of process on the City of Buffalo and other defendant's which have yet to be served in this matter. The Plaintiff has been advised by the Marshall's office they did not receive an order from the Court to serve the 2nd amended complaint and Plaintiff was told by the clerk of the court that her complaint could not be served until it has been pre-screened by this court, and to just wait.

    The Plaintiff understands there is a backlog in this court and it could take time for the courts to render a decision, however, she is worried the backlog may affect her deadlines. If the Plaintiff need to just continue to wait for a decision on service of process, she will. However, she does not want to be time barred by waiting on the Courts.

    Please advise Plaintiff if she should make a motion to this court to render a decision on service of process of her 2nd amended complaint.

Sincerely,

Rachel Eckert
277 Barnard St.
Buffalo, NY 14206
Reck0625@outlook.com