IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NEW YORK

RACHEL ECKERT,

    Plaintiff,

v.

CITY OF BUFFALO, et al

    Defendants

Case No. 1:22-cv-00540 LJV

**MOTION TO EXTEND TIME TO SERVE AND PRE-SCREEN AMND COMPLAINT**

    Plaintiff commenced this action on July 11, 2022, against several defendants for violating her Constitutional Rights, guaranteed, and protected by the Constitution of the United States of America. The Courts directed the US Marshall service to serve the named defendants in this case. Some defendants have been served and some have not. The Plaintiff then amended the addresses for the defendants who have not been served and requested service from the Courts, which they granted. However, the request never went to the US Marshall with the updated addresses.

    July 18, 2023, the Plaintiff amended her complaint and was told by the WDNY Courts that her amended complaint would need to be screened before allowing service of summons. Plaintiff has contacted the WDNY Courts at least 1 a month to inquire about the status of her amended complaint and service of process which she keeps being told the complaint needs to be pre-screened prior to approval of service.

    December 28, 2023, Plaintiff filed a letter to the Courts inquiring about the pre-screening process and asked if there was

anything else she had to do on her end to move the process along. Plaintiff's amended complaint nor her letter have been addressed yet.

    Plaintiff files this motion requesting additional time to serve the amended summons and complaint and for the Courts to finish pre-screening her complaint so that the case may move forward.

County: Erie
Dated: 2/14/24

Rachel Eckert, pro se
277 Barnard St
Buffalo, NY 14206
reck0625@outlook.com

*Rachel Eckert*

CC:
See affidavit

Revised 05/01 WDNY           **AFFIRMATION OF SERVICE**

(If you are **not** having your signature notarized, use this form)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

RACHEL ECKERT _____,

                  Plaintiff(s),             AFFIRMATION OF SERVICE

      v.                                         1:22  -CV- 00540LJV

CITY OF BUFFALO, ET AL _____,

                  Defendant(s).

---

I, *(print your name)* Jordan Greene _____, served a copy of the attached papers *(state the name of your papers)* motion to extend service and pre-screen amnd complaint _____

_____ upon all other parties in this case

by mailing [ ✔ ]  by hand-delivering [ ]  *(check the method you used)*

these documents to the following persons *(list the names and addresses of the people you served)*_____
Carolette Meadows 281 Barnard St Buffalo NY 14206
Ifeoluwa Popoola 95 Franklin St Rm 1634 Buffalo NY 14202
David Lee 65 Niagara Sq 1104 City Hall Buffalo, NY 14202
Richard Braden 665 Main St Ste 400 Buffalo, NY 14203

on *(date service was made)* February 14, 2024 _____

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

Executed on 02/14/2024 _____     *Jordan Greene* (signed)
             *(date)*                                     *(your signature)*