UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

RACHEL ECKERT,

                    PLAINTIFF,

V.

CITY OF BUFFALO, COUNTY OF ERIE, NYS
COMMISSION ON JUDICIAL CONDUCT, THE CITY
OF BUFFALO COMMON COUNCIL, BUFFALO
POLICE ADVISORY BOARD, THE COMMISSION
ON CITIZENS' RIGHTS AND COMMUNITY
RELATIONS, ERIE COUNTY DISTRICT
ATTORNEY, TIMOTHY HOWARD, INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY OF  SHERIFF OF ERIE
COUNTY, NEW YORK, JOHN GARCIA, INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY AS SHERIFF OF ERIE
COUNTY, NEW YORK, BYRON BROWN, INDIVIDUALLY
AND HIS OFFICIAL CAPACITY AS THE MAYOR OF THE CITY
OF BUFFALO, APRIL BASKIN, INDIVIDUALLY AND IN HER
OFFICIAL CAPACITY AS ERIE COUNTY LEGISLATOR OF ERIE
COUNTY, NEW YORK, BYRON LOCKWOOD,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS POLICE
COMMISSIONER OF THE BUFFALO POLICE DEPARTMENT,
ROBERT JOYCE, C74, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS CHIEF OF POLICE OF THE A-
DISTRICT BUFFALO POLICE DEPARTMENT, MELISSA
KURDZIEL, P3274, INDIVIDUALLY AND IN HER OFFICIAL
CAPACITY AS A BUFFALO POLICE OFFICER, KYMA
DICKINSON, P3511, INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY AS A BUFFALO POLICE OFFICER, CHAD
CULLEN, UNKNOWN BADGE, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS A BUFFALO POLICE OFFICER,
PATRICK MORROW, L504, INDIVIDUALLY AND IN HIS
CAPACITY AS A BUFFALO POLICE LIEUTENANT, COREY
DIXON, P3661, INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY AS A BUFFALO POLICE OFFICER, JAMES
NIGHTINGALE-GRIFFIN, P3563, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY AS A BUFFALO POLICE OFFICER,
MARC DIPASQUALE, P3505, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS A BUFFALO POLICE OFFICER,
JAMES REESE, P2191, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS A BUFFALO POLICE OFFICER,
KEENAN REDMON, P3664, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS A BUFFALO POLICE OFFICER,
JACOB SALAZAR, P3645, INDIVIDUALLY AND IN HIS

**NOTICE OF APPEARANCE**

CASE NO.:  1:22-CV-00540-LJV

OFFICIAL CAPACITY AS A BUFFALO POLICE OFFICER,
MARK COSTANTINO, D457, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS A BUFFALO POLICE OFFICER,
WALTER SKRZVNSKI, P3674, INDIVIDUALLY AND IN
HIS OFFICIAL CAPACITY AS A BUFFALO POLICE OFFICER,
KYLE MORIARITY, P3617, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS A BUFFALO POLICE OFFICER, JOHN
AND/OR JANE DOE'S (1-20), INDIVIDUALLY AND IN THEIR
OFFICIAL CAPACITY AS BUFFALO POLICE OFFICERS, DOE
(FROM ERIE COUNTY), INDIVIDUALLY AND IN THEIR
OFFICIAL CAPACITY AS AN EMPLOYEE OF THE ERIE
COUNTY COURTS, JEFF RINALDO, L416, INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY AS CAPTAIN OF THE
BUFFALO POLICE DEPARTMENT AND AS FOIL RESPONSE
OFFICER OF THE BUFFALO POLICE DEPARTMENT,
MICHAEL FARLEY, L469, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS THE LIEUTENANT OF INTERNAL
AFFAIRS, JAMES COMERFORD, INDIVIDUALLY AND IN
HIS OFFICIAL CAPACITY AS THE COMMISSIONER OF
PERMITS AND INSPECTIONS FOR THE CITY OF BUFFALO,
TIMOTHY CURTIN, INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY AS THE CHIEF BUILDING INSPECTOR FOR THE
CITY OF BUFFALO, SEAN MYERS, INDIVIDUALLY AND IN
HIS OFFICIAL CAPACITY AS A BUILDING INSPECTOR FOR
THE CITY OF BUFFALO, FRANK BIFARO, INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY AS THE FUEL DEVICE
INSPECTOR FOR THE CITY OF BUFFALO, JOHN FLYNN,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY THE
DISTRICT ATTORNEY FOR THE COUNTY OF ERIE, DENISE
WALDEN, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY
AS CO-CHAIR OF THE POLICE ADVISORY BOARD,
CAROLETTE MEADOWS, INDIVIDUALLY, AS A NON-
STATE ACTOR, AND IN HER OFFICIAL CAPACITY AS AN ERIE
COUNTY DEMOCRATIC COMMITTEE MEMBER, SERVING
THE MASTEN DISTRICT OF THE CITY OF BUFFALO,
ROBERT TEMBECKJIAN, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS THE AGENCY ADMINISTRATOR AND
COUNSEL FOR THE NYS COMMISSION ON JUDICIAL
CONDUCT, JASON WHITAKER, INDIVIDUALLY AND IN
HIS OFFICIAL CAPACITY AS THE EXECUTIVE DIRECTOR OF
THE COMMISSION ON CITIZEN'S RIGHTS,

DEFENDANTS.

_____

**PLEASE TAKE NOTICE** that Joseph Agro of Goldberg Segalla, LLP, an attorney admitted and authorized to practice in this Court, hereby appears as counsel for Defendant Denise Walden, individually and in her official capacity as Co-Chair of the Police Advisory Board, in the above-captioned action.

Dated:  April 19, 2024

Respectfully submitted,

<u>/s/ Joseph Agro</u>
Joseph Agro
Goldberg Segalla, LLP
665 Main Street
Buffalo NY 14203
Phone:  (716) 566-5445
Fax:  (716) 566-5401
jagro@goldbergsegalla.com

*Attorneys for Defendant Denise Walden, individually and in her official capacity as Co-Chair of the Police Advisory Board*