UNITED STATES DISTRICT COURT- WNY
2 Niagara Sq.
Buffalo, NY 14202

RE: Rachel Eckert v. City of Buffalo, et al
    Docket No. 1:22-cv-00540 (LJV)



Dear Honorable Lawrence J. Vilardo.

    I, Rachel Eckert, respectfully submit this letter to nudge the court regarding a decision for an amended complaint I filed to include a RICO cause of action and additional cause of action with updated defendants. I have contacted the court a few times and was unable to get an update on this matter. I have also submitted a request previously to extend my time to serve as I have been waiting on the court to make a decision. Further, the City Marshall is in charge of serving any legal paperwork in this case and they have not received any order to have any documents served. Please advise on the status of this matter or if possible, set it down for conference.

Thank you.

Dated: September 08, 2024
County: Erie

                                            Respectfully Submitted,

                                            Rachel Eckert, pro-se
                                            277 Barnard St.
                                            Buffalo, NY 14206

Revised 05/01 WDNY

# AFFIRMATION OF SERVICE

(If you are **not** having your signature notarized, use this form)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

RACHEL ECKERT ,

                Plaintiff(s),

            v.

THE CITY OF BUFFALO, et al ,

                Defendant(s).

AFFIRMATION OF SERVICE

1:22 -CV- 00540

I, *(print your name)* Rachel Eckert , served a copy of the attached papers *(state the name of your papers)* letter to the judge

upon all other parties in this case by mailing [ ✔ ] by hand-delivering [ ] *(check the method you used)* these documents to the following persons *(list the names and addresses of the people you served)*:

Joseph Aaro 995 Main St Buff NY 14203

Corporate Council 65 Niagara Sq. Buff NY 14202

Erie Co. Law Dept 95 Franklin Ave Buff NY 14202

Danielle Meadows 281 Barnard Buff NY 14206

on *(date service was made)* September 26, 2024

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

Executed on 09/24/2024
           *(date)*

*/s/ Rachel Eckert*
           *(your signature)*