UNITED STATES DISTRICT COURT
OF THE WESTERN DISTRICT OF NEW YORK
2 Niagara Sq.
Buffalo, NY 14202



RE: Eckert, Rachel v. City of Buffalo, et al.
Case No.: 22-cv-00450(LJV)  [540]

Dear Honorable Lawrence J. Vilardo,

Respectfully, could the court clarify footnote 16 in their order issued on June 05, 2023? Plaintiff is unable to determine if the courts construed just her allegations against Mr. Toth as bald and speculative or if they have construed her entire complaint as bald and speculative.

In the event the court meant against Mr. Toth, I have attached emails between the board members of the Buffalo Police Advisory Board, which Mr. Toth was a part of. Exhibit A. This seems to be a conflict of interest and an ethical concern. If Mr. Toth is supposed to be impartial serving on a Civilian Review Board that is supposed to handle complaints of police misconduct but also represents the City of Buffalo in the same lawsuits that arise from these complaints, can he potentially be compromising the Boards objectivity and fairness in handling complaints? The Board did dismiss the plaintiff's complaint with bias which is part of this suit. There are other Board members who are willing to testify against Ms. Walden and Mr. Toth.

Mr. Toth and Ms. Walden's failure to disclose the conflicts of interest with the plaintiff's complaint undermines the integrity of the boards decision to dismiss the plaintiff's complaint. Ms. Walden told the other Board members that it was the first of her hearing about the situation outside of her position with "Voice" but Ms. Walden met Ms. Meadows at Sisters Hospital the night of May 23, 2020 and is listed as her emergency contact and her "sister".

Dated: 10/18/24

Sincerely,
Rachel Eckert
277 Barnard St.
Buffalo, NY 14206

CC:
Carolette Meadows
David Lee
Joseph Agro
Jeremy Toth

Exhibit A

🖂 **Outlook**

---

**Fwd: A-District Retaliation**

---

From  A B <ashleybbrunner@gmail.com>
Date  Sat 3/25/2023 2:19 PM
To    reck0625@outlook.com <reck0625@outlook.com>

---------- Forwarded message ---------
From: **Dominique Calhoun** <domcalhoun@yahoo.com>
Date: Wed, Dec 15, 2021 at 5:03 PM
Subject: Re: A-District Retaliation
To: Rev. Denise O. Walden <denise@voicebuffalo.org>
CC: Jeremy Toth <jeremytoth@roadrunner.com>, ashleybbrunner@gmail.com <ashleybbrunner@gmail.com>, Eric Stockmeyer <estockmeyer3@gmail.com>, Christine Vogel <cvogel47@gmail.com>, Michael Powell <michael.allen.powell@gmail.com>, JD McGuire <jdmcguire123@gmail.com>, Patrick Gordon <phgordon22@verizon.net>, Rabbi Jonathan Freirich <jonathanfreirich@gmail.com>, fcgazzoli@gmail.com <fcgazzoli@gmail.com>

Hello,

Could someone please send the follow up letter to Rachel. She inboxed me today to ask me what's going on. Since I am the one she initially reached out to this is making me look bad.

If we need to send out the initial contact letter please let's do that. For the real letter Ashley has already did the policy research pertaining to her complaint and I will be happy to draft a letter including the polices and everything we spoke about in regards to what our role is and her other options. We can review, the board can make suggestions, and we can vote on if it's a letter we feel comfortable with sending out. But please she sent this months ago at this point.

Dominique Calhoun
Sent from Yahoo Mail for iPhone

On Wednesday, December 8, 2021, 9:01 PM, Dominique Calhoun <domcalhoun@yahoo.com> wrote:

> Hello,
>
> Did we come up with a vote of what we were going to send back to Rachel? We had said 72 hours. We discussed a general letter letting her know her know the role of PAB her other options such as internal affairs, and an attorney, if she has not already reached out to these places. (Although we know she have but just saying it out of formality) Also letting her know that we will look into policy and procedures we can clarify when it comes to her complaint.
>
> That's just me summarizing based off all the emails. Also idk if this is something we are still voting on.
>
> Thanks
>
> Dominique
> Sent from Yahoo Mail for iPhone
>
> On Thursday, December 2, 2021, 8:39 PM, Rev. Denise O. Walden <denise@voicebuffalo.org> wrote:
>
>> Blessings All,
>>
>> This is a case I am familiar with. I have actually had some contact with both individuals. Unfortunately, this was not something that I could address in my role at VOICE. I agree that this is a matter that should be addressed with an attorney, and am willing to help if we can pinpoint procedures that have been violated on the side of BPD but to determine that I think I need to know more. I also agree we need to at least send an email to let her know that we acknowledge her complaint and apologize for our delayed response. Let her know we are looking to see what we can find as far as policy or procedures that may have been miss-handled by BPD. Maybe recommend she follow up with consulting an attorney if she has not already!
>>
>> On Thu, Dec 2, 2021 at 4:13 PM Dominique Calhoun <domcalhoun@yahoo.com> wrote:
>>> For some reason I kept getting an error for your email address. Ok great
>>>
>>> Sent from Yahoo Mail for iPhone

On Thursday, December 2, 2021, 3:08 PM, Jeremy Toth <jeremytoth@roadrunner.com> wrote:

I'm here.....I am trying not to chime in unless I have something critically important to say...all of our inboxes are overrun I am sure.

---------------------------------------

From: "Dominique Calhoun"
To: "Eric Stockmeyer"
Cc: "Christine Vogel", "Michael Powell", "JD McGuire", "Patrick Gordon", "Rabbi Jonathan Freirich", "Denise Walden"
Sent: Thursday December 2 2021 12:27:25PM
Subject: Re: A-District Retaliation

Jeremy is not getting any of these emails. I copied the email Mike had on his email but it bounced back.


Sent from Yahoo Mail for iPhone


On Thursday, December 2, 2021, 12:21 PM, ashleybbrunner@gmail.com wrote:

> Thank you Christine and Eric. Since Rachel noted specific penal law and how the officers violated the law, I can't particularly see what BPAB could do for her successfully. If anything, this case may be able to be used as an example down the line if Rachel finds some sort of final decision via the courts. Maybe it would be beneficial to make her aware that BPAB cannot make BPD do their job? We only advise.
>
> Only my suggestion and I'm not sure if it's an appropriate one or not.
>
> Sent from my iPhone
>
>> On Dec 2, 2021, at 11:47 AM, Eric Stockmeyer <estockmeyer3@gmail.com> wrote:
>>
>>
>> Thanks Christine
>>
>> This speaks to much of yesterday's conversation on the importance of communicating back to individuals the correct pathway forward which in many cases (and certainly this one) the BPAB is not the correct entity. However, we can and should point them in the right direction (i.e. Internal Affairs, Seek Legal Counsel, etc).
>>
>> Eric
>>
>> On Thu, Dec 2, 2021, 11:28 AM Christine Vogel <cvogel47@gmail.com> wrote:
>>> Here's my suggestion:
>>> Have a co-chair email her back from the PAB account that we can not assist her with this matter and while we can not advise whether she does or not have a case or claim she can certainly consider hiring an attorney and she can contact the Erie County Bar Association Lawyer Referral Service at: 852-3100.
>>>
>>> On Thu, Dec 2, 2021 at 11:16 AM Dominique Calhoun <domcalhoun@yahoo.com> wrote:
>>>> Complaint from Rachel Eckert
>>>>
>>>>
>>>> Sent from Yahoo Mail for iPhone
>>>>
>>>>
>>>> Begin forwarded message:
>>>>
>>>> On Sunday, November 7, 2021, 12:40 AM, R E <reck0625@outlook.com> wrote:
>>>>
>>>>> _____
>>>>> **From:** R E
>>>>> **Sent:** Monday, October 18, 2021 8:26 AM
>>>>> **To:** policeadvisoryboard@gmail.com <policeadvisoryboard@gmail.com>
>>>>> **Subject:** A-District Retaliation

To whom it may concern,

I have had to file several complaints about A-District Buffalo PD ignoring an order of protection issued by Honorable Amy Martoche on October 15, 2020. Due to my complaints, A-District Buffalo PD is retaliating against me, refusing to enforce an order of protection signed by a City Court Judge, and allowing my children and I to succumb to severe harassment and abuse by my offender.

October 12, 2021 I went to A-District PD to report 2 separate violations of an order of protection governed by NY PL 215.50(3). RT Schneider refused to let me file a report after Detective King told me I had to come back and file a report since the officer I dealt with did not take the report. I was forced to call 911 while at the station to get an officer to speak with.

Today, October 18, 2021, I contacted A-District Buffalo PD to obtain the incident number and ask which Detective the matter was assigned to. RT Wojtanik told me a report was not filed per Lieutenant Manly. I have also reached out to Lieutenant Farley a few days ago and he has failed to contact me back as of yet. I sent him a new email today.

Attached are photos and a video which are in clear violation of the order of protection issued by Honorable Amy Martoche. I would like assistance with dealing with A-District Buffalo PD and getting them to properly do their job. They are acting in a biased, partial manner which is against my rights as a citizen of this City.

September 17, 2021, Carolette Meadows, spray-paints a tarp intended to harass my household. Buffalo PD stated the tarp is not intended towards me and not in violation of the order of protection.
https://www.youtube.com/watch?v=eeMIVyVtR_Q&t=27s

September 19, 2021, Carolette Meadows, shows constant offensive behavior, pushes garbage into my yard, and spray-paints more offensive language towards my household.
https://www.youtube.com/watch?v=fCRrAUe6Y_E&t=265s

September 20, 2021, Carolette Meadows, posted harassing and defamatory posts to Mobile Tax, Inc on Yelp and the business Facebook page Mobile Tax, Inc in an attempt to harass me and my business.

September 23, 2021, Carolette Meadows, posted harassing and defamatory post to Google; the largest search engine in the world, on Mobile Tax, Inc in an attempt to harass me and my business.

These are clear violations of the order of protection and show a pattern of harassment and abuse.

The warrant card was just recently posted to Google photos for Mobile Tax Inc within the last 2 weeks. I have been avle to get it removed as well and asked Google to block her account or IP address from defaming my company online.

Any other local business and/of owner would be able to file a complaint and press charges.

--
Christine Vogel

Confidentially Note: This message and any attachments may contain legally privileged and/or confidential information. Any unauthorized disclosure, use or dissemination of this electronic message or its content, either in whole or in part, is prohibited. If you are not the intended recipient of this electronic message, kindly notify the sender and then destroy it.

--
*Faithfully Bringing Forth Justice!!*
*w/ Blessings, Peace & Solidarity:*
*Reverend Denise O. Walden*
**Lead Faith & Live Free Organizer**

*VOICE Buffalo*
*2495 Main St. Suite 547*
*Buffalo, NY. 14214*
*(Office) 716-842-6571*
*(Cell) 716-465-2297*
*https://www.voicebuffalo.org*



Denise@voicebuffalo.org

*"It is easier to raise strong children than to repair broken men"*
*- Frederick Douglas -*

 **Outlook**

---

### Fwd: A-District Retaliation

---

**From** A B <ashleybbrunner@gmail.com>
**Date** Sat 3/25/2023 2:17 PM
**To** reck0625@outlook.com <reck0625@outlook.com>


---------- Forwarded message ---------
From: **Dominique Calhoun** <domcalhoun@yahoo.com>
Date: Thu, Dec 2, 2021 at 2:22 PM
Subject: Re: A-District Retaliation
To: <ashleybbrunner@gmail.com>, Eric Stockmeyer <estockmeyer3@gmail.com>
CC: Christine Vogel <cvogel47@gmail.com>, Michael Powell <michael.allen.powell@gmail.com>, JD McGuire <jdmcguire123@gmail.com>, Patrick Gordon <phgordon22@verizon.net>, Rabbi Jonathan Freirich <jonathanfreirich@gmail.com>, Denise Walden <denise@voicebuffalo.org>, <jeremytoth@roadrunner.com>, <fcgazzoli@gmail.com>


Link to BPD Manuel

https://www.buffalony.gov/DocumentCenter/View/7559/BPD-MANUAL-OF-PROCEDURES-FULL


Sent from Yahoo Mail for iPhone

On Thursday, December 2, 2021, 12:51 PM, ashleybbrunner@gmail.com wrote:

> I'd like to retract my previous email and say that I'd feel more comfortable if I could look at the manual again so I can ensure the simple policy based questions being asked by Rachel can at the very least be answered when she gets a return email from us.
>
> Sent from my iPhone
>
>> On Dec 2, 2021, at 12:29 PM, ashleybbrunner@gmail.com wrote:
>>
>> Additionally, Miles Gresham's overview and intensive research into the topic of police's

untapped discipline in Buffalo may prove to be useful as well. The information has been beautifully streamlined to explain various methods of how to resolve police misconduct and what role the public should play.

Sent from my iPhone

> On Dec 2, 2021, at 12:21 PM, ashleybbrunner@gmail.com wrote:
>
> Thank you Christine and Eric. Since Rachel noted specific penal law and how the officers violated the law, I can't particularly see what BPAB could do for her successfully. If anything, this case may be able to be used as an example down the line if Rachel finds some sort of final decision via the courts. Maybe it would be beneficial to make her aware that BPAB cannot make BPD do their job?We only advise.
>
> Only my suggestion and I'm not sure if it's an appropriate one or not.
>
> Sent from my iPhone
>
>> On Dec 2, 2021, at 11:47 AM, Eric Stockmeyer <estockmeyer3@gmail.com> wrote:
>>
>> Thanks Christine
>>
>> This speaks to much of yesterday's conversation on the importance of communicating back to individuals the correct pathway forward which in many cases (and certainly this one) the BPAB is not the correct entity. However, we can and should point them in the right direction (i.e. Internal Affairs, Seek Legal Counsel, etc).
>>
>> Eric
>>
>> On Thu, Dec 2, 2021, 11:28 AM Christine Vogel <cvogel47@gmail.com> wrote:
>>> Here's my suggestion:
>>> Have a co-chair email her back from the PAB account that we can not assist her with this matter and while we can not advise whether she does or not have a case or claim she can certainly consider hiring an attorney and she can contact the Erie County Bar Association Lawyer Referral Service at: 852-3100.
>>>
>>> On Thu, Dec 2, 2021 at 11:16 AM Dominique Calhoun

&lt;domcalhoun@yahoo.com&gt; wrote:
Complaint from Rachel Eckert

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Sunday, November 7, 2021, 12:40 AM, R E &lt;reck0625@outlook.com&gt; wrote:

_____

**From:** R E
**Sent:** Monday, October 18, 2021 8:26 AM
**To:** policeadvisoryboard@gmail.com &lt;policeadvisoryboard@gmail.com&gt;
**Subject:** A-District Retaliation

To whom it may concern,

I have had to file several complaints about A-District Buffalo PD ignoring an order of protection issued by Honorable Amy Martoche on October 15, 2020. Due to my complaints, A-District Buffalo PD is retaliating against me, refusing to enforce an order of protection signed by a City Court Judge, and allowing my children and I to succumb to severe harassment and abuse by my offender.

October 12, 2021 I went to A-District PD to report 2 separate violations of an order of protection governed by NY PL 215.50(3). RT Schneider refused to let me file a report after Detective King told me I had to come back and file a report since the officer I dealt with did not take the report. I was forced to call 911 while at the station to get an officer to speak with.

Today, October 18, 2021, I contacted A-District Buffalo PD to obtain the incident number and ask which Detective the matter was assigned to. RT Wojtanik told me a report was not filed per Lieutenant Manly. I have also reached out to Lieutenant Farley a few days ago and he has failed to contact me back as of yet. I sent him a new email today.

Attached are photos and a video which are in clear violation of the order of protection issued by Honorable Amy Martoche. I would like assistance with dealing with A-District Buffalo PD and getting them to properly do their job. They are acting in a biased, partial manner which is against my rights as a citizen of this City.

September 17, 2021, Carolette Meadows, spray-paints a tarp intended to harass my household. Buffalo PD stated the tarp is not intended towards me and not in violation of the order of protection.
https://www.youtube.com/watch?v=eeMIVyVtR_Q&t=27s

September 19, 2021, Carolette Meadows, shows constant offensive behavior, pushes garbage into my yard, and spray-paints more offensive language towards my household.
https://www.youtube.com/watch?v=fCRrAUe6Y_E&t=265s

September 20, 2021, Carolette Meadows, posted harassing and defamatory posts to Mobile Tax, Inc on Yelp and the business Facebook page Mobile Tax, Inc in an attempt to harass me and my business.

September 23, 2021, Carolette Meadows, posted harassing and defamatory post to Google; the largest search engine in the world, on Mobile Tax, Inc in an attempt to harass me and my business.

These are clear violations of the order of protection and show a pattern of harassment and abuse.

The warrant card was just recently posted to Google photos for Mobile Tax Inc within the last 2 weeks. I have been avle to get it removed as well and asked Google to block her account or IP address from defaming my company online.

Any other local business and/of owner would be able to file a complaint and press charges.

--
Christine Vogel

Confidentially Note: This message and any attachments may contain legally privileged and/or confidential information. Any unauthorized disclosure, use or dissemination of this electronic message or its content, either in whole or in part, is prohibited. If you are not the intended recipient of this electronic message, kindly notify the sender and then destroy it.

 **Outlook**

---

**Fwd: PAB Update Email**

From A B <ashleybbrunner@gmail.com>
Date Sat 3/25/2023 2:15 PM
To  reck0625@outlook.com <reck0625@outlook.com>

---------- Forwarded message ---------
From: **Buffalo Community Police Advisory Board** <policeadvisoryboard@gmail.com>
Date: Mon, Jan 3, 2022 at 6:17 PM
Subject: Re: PAB Update Email
To: Eric Stockmeyer <estockmeyer3@gmail.com>
CC: Dominique Calhoun <domcalhoun@yahoo.com>, Rev. Denise O. Walden <denise@voicebuffalo.org>, Rabbi Jonathan Freirich <jonathanfreirich@gmail.com>, <ashleybbrunner@gmail.com>, Jeremy Toth <jeremytoth@roadrunner.com>, Christine Vogel <cvogel47@gmail.com>, JD McGuire <jdmcguire123@gmail.com>, Patrick Gordon <phgordon22@verizon.net>, Frederick Gazzoli <fcgazzoli@gmail.com>

Blessings,
Thank you Eric for the correction to the email thread. Domonique, I am thinking we can submit them at the meeting provided everyone had time to review them during the holiday. I also want to acknowledge there have been individuals on our board including myself who have had some serious personal issues. It is important that we keep work moving but also have grace for where people may be at and what they have had to address during the holiday time. In my mind, the vote on bylaws will take place during our Feb. meeting. Thank you all for all you do to serve our beloved community!

See you Wednesday,
In Solidarity
Rev. Denise

On Mon, Jan 3, 2022 at 5:25 PM Eric Stockmeyer <estockmeyer3@gmail.com> wrote:
> Greetings,
>
> I have removed an incorrect email address from this thread. Please reply off of this email communication so that it stays removed.
>
> Thank you
>
> Eric
>
> On Mon, Jan 3, 2022 at 5:12 PM Dominique Calhoun <domcalhoun@yahoo.com> wrote:
>> Thanks! Should we send our suggestions on changes for the bylaws do this thread or submit them at the meeting on wens?
>>
>>
>> Sent from Yahoo Mail for iPhone
>>
>> On Monday, January 3, 2022, 2:48 PM, Rev. Denise O. Walden <denise@voicebuffalo.org> wrote:
>>
>>> Blessings Donique,
>>>
>>> As to the first item, it seems to fit under what we will focus on during the 1st quarter of this year. I believe we all agree that no work should fall to the waste side. I can add that as a bullet specifically in that section. As to the concern of Rachell that falls under do we respond to concerns with policy? Once we vote on that matter a response as to the Boards decision will be sent to her. You can feel free to put her in contact with me or Eric if you like. I hope this helps. We definitely should not be making decisions in a vacuum not putting individual feelings in our work. We are a board and need to move as a board. The goal of the meeting is to help us do just that. I apologize if anything else was suggested in the previous email that was sent!!
>>>
>>> On Mon, Jan 3, 2022 at 2:26 PM Dominique Calhoun <domcalhoun@yahoo.com> wrote:
>>>> Hello,
>>>>
>>>> I would like to add onto the agenda of the upcoming meeting an outline on the PAB. The outline is research on subjects and work the previous board have done or was working on as early as June/July 2021. I don't believe we should be putting this work to the wasteside. I think although we are coming up with new focus we still should be building off the previous work that was already done before us. I outlined all the issues, subjects and polices that have previously been worked on. I don't think it's fair based off of individual feelings to say these are issues people don't want to discuss or handle as the framework has already been laid out. We should discuss the issues and understand them. Discuss if it's a completed body of work or something we feel can be added to.

Also Rachel the woman who sent us the complaint reached out to me today and said she received the letter today and would be looking forward to the follow up letter after we meet as a group, that's what the letter she received stated. I am asking that we establish what is going to happen with this because she is contacting me directly and I am extremely uncomfortable with keep giving her the run around. If someone else would like to take the lead please let me know and I'll have the direct her questions to you. But I would really like to complete this and move on as it's now going on almost 5 months and a new year since she reached out to us.

Thanks

Dominique

Sent from Yahoo Mail for iPhone

On Monday, January 3, 2022, 2:11 PM, Buffalo Community Police Advisory Board <policeadvisoryboard@gmail.com> wrote:

> Blessings All,
>
> I pray that each of you had a wonderful holiday and an awesome new year. One thank each of you for your passion and the leadership that you bring to this board. I have started this email in the PAB email account so that we can keep a record of our communications. This email is simply an update as we are in 2022!!
>
> Updates:
> The POC meeting:
>
> - This meeting has been moved to Wed. Jan. 12th, 2022 at 11:00 AM,
> - Eric and I both will be in attendance to represent the board sharing the recommendations we agreed upon in our previous email thread.
> - The meeting will be virtual not in-person as we had thought due to covid numbers.
> - Please feel free to log in and view the meeting as your availability allows.
>
> AGENDA: January 12, 2022
> 1. Introduction of new PAB Board Members:
>     - Ashely Brun, Rabbi Jonathan Freirich, Fredrick Gazzoli, Jeremy Toth, Reverend Denise Walden.
>
> 2. Requesting any updates:
>     - In the October 2021 meeting, PAB member Mike Powell requested information on the ethics policy for City of Buffalo Employees. A request was made in response to major community concerns regarding Buffalo Police Officers and a political commercial some Officers participated in.
>
> 3. There was an article written by the Investigative Post: Titled Where is a cop when you need one? There are slower response times on the Eastside of Buffalo than in other areas.
>     - We would like the common council to review the article.
>     - The statistics show longer response times, despite more cops and fewer 911 calls.
>     - The PAB would like to make Policy/Budget Recommendations on Servicing BPD vehicles to help improve the response time on the Eastside of Buffalo.
>     - Quote from PBA president John Evans, "Every night you can listen to it on the radio," Evans told Investigative Post in June 2019. "Dispatch calls and their answer back is 'No car, radio'...' No car, radio.'
>     - "The Consequence of not having working vehicles: Officers are often stuck in their precincts, rather than patrolling streets and dealing with calls because there simply aren't enough working cars." (2019 Investigative Post Article: Buffalo Police handcuffed by ramshackle fleet)
>     - We are requesting information from the Council to support our recommendation
>         - How many mechanics are currently on staff?
>         - What are the work shifts of the mechanics?
>         - From 2017-2020 how many vehicles have had to be serviced due to accidents or major mechanical issues?
>         - How long has it taken for these vehicles to be serviced?
>
> 4. Attorney Miles Gresham of the Minority Bar Association wrote a report: The City of Buffalo Untapped Power to Discipline Police Officers.
>     - The report outlines the Subpoena Powers the Common Council currently has but has never exercised.
>     - PAB would like the council to review this report.
>     - We are aware the council is in the process of hiring its own attorney. If the attorney is on staff before our next meeting in April, we would like the council to review the report with their legal advisor and understand the information explained in it.
>
>   ** I believe It would be strategic to wait until the council has had a chance to read the report and review with their new legal counsel on their responsibilities and how the community and other legal professionals view their powers when it pertains to subpoena powers.
>
>
> Our next PAB Meeting:
> Wed. Jan. 5th @ 6:30 PM.
> To my understanding, this meeting has always been the first Wed. of the month at 6:30. (If this is something we would like to change then we should discuss this during that meeting.)
>
> - I will say standing meetings make it easier for people to consistently attend so I am good with the current schedule but am open to change as long as we can make it a standing meeting.
> - A calendar invite has been sent, please respond if you did not receive it.

Revised 05/01 WDNY

# AFFIRMATION OF SERVICE
(If you are **not** having your signature notarized, use this form)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

RACHEL ECKERT,

        Plaintiff(s),

        v.

CITY OF BUFFALO, et al,

        Defendant(s).

AFFIRMATION OF SERVICE

22 -CV- 00540

---

I, (print your name) RACHEL ECKERT , served a copy of the attached papers (state the name of your papers) letter to the court and exhibit A

upon all other parties in this case by mailing [ ✔ ] by hand-delivering [ ] (check the method you used) these documents to the following persons (list the names and addresses of the people you served)

Joseph Agro 665 Main St. Buffalo, NY 14203

Carolette Meadows 281 Barnard St. Buffalo, NY 14206
Erie County Law Dept 95 Franklin St Buffalo, NY 14202

City of Buffalo Law Dept. 65 Niagara Sq. Rm 1100 Buffalo, NY 14202

on (date service was made) October 18, 2024

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

Executed on 10/18/2024
    (date)

*[signature: Rachel Eckert]*
(your signature)