UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
==============================

RACHEL ECKERT,

                  Plaintiff,

     v.

CITY OF BUFFALO, et al.,

                  Defendants.

==============================

**ANSWER TO SECOND
AMENDED COMPLAINT**

22-cv-540-LJV

      Defendants, CITY OF BUFFALO, BYRON BROWN, BYRON LOCKWOOD, ROBERT JOYCE, MELISSA KURDZIEL, COREY DIXON, JAMES NIGHTINGALE-GRIFFIN, JACOB SALAZAR, MARK COSTANTINO, WALTER SKRZVNSKI, JEFF RINALDO, MICHAEL FARLEY, TIMOTHY CURTAIN, SEAN MYERS, FRANK BIFARO, CHAD CULLEN, PATRICK MORROW, MARC DISPASQUALE, JAMES REESE, KEENAN REDMON, KYLE MORIARITY, MARK DIPASQUALE, MAUREEN WOJTANIK & JOHN AND/OR JANE DOE'S (1-20), by their undersigned attorney, for their answer to plaintiff's second amended complaint, upon information and belief alleges:

     1.    Lacks knowledge or information sufficient to admit or deny the allegations in the second amended complaint, except deny any wrongful or actionable conduct on the part of the answering defendants.

<b>FIRST DEFENSE</b>

     2.    The second amended complaint may be barred by the applicable statute(s) of limitations.

<b>SECOND DEFENSE</b>

     3.    The second amended complaint may be barred by the doctrines of res judicata and collateral estoppel.

1

### THIRD DEFENSE

4.      The second amended complaint may fail to state claim upon which relief can be granted.

### FOURTH DEFENSE

5.      The second amended complaint may be barred by the existence of probable cause, reasonable suspicion, or arguable probable cause or arguable reasonable suspicion.

### FIFTH DEFENSE

6.      The second amended complaint may be barred by the doctrine of qualified immunity.

### SIXTH DEFENSE

7.      The second amended complaint may be barred by the doctrine of governmental function immunity.

### SEVENTH DEFENSE

8.      Any contact with or force used against plaintiff may have been justified.

### EIGHTH DEFENSE

9.      Plaintiff may have failed to mitigate her claimed damages.

### NINTH DEFENSE

10.     Plaintiff's alleged damages will be reduced in proportion to her own culpable conduct, pursuant to NY CPLR 1411.

## TENTH DEFENSE

11.    Any damages will be reduced by the amount plaintiff has received, or will with reasonable certainty receive from collateral sources, pursuant to NY CPLR 4545.

## ELEVENTH DEFENSE

12.    The answering defendants will claim an offset pursuant to NY GOL §15-108, if applicable.

## TWELFTH DEFENSE

13.    The answering defendants' liability will be limited under NY CPLR Article 16.

## THIRTEENTH DEFENSE

14.    Plaintiff may have failed to join necessary parties.

## FOURTEENTH DEFENSE

15.    In the event that plaintiff does recover against the answering defendants, the answering defendants will request that an apportionment of fault be made as to all parties and non-parties legally responsible for the damages alleged in the second amended complaint, and will further request a judgment or declaration of indemnification or contribution against all those parties or non-parties in accordance with the apportionment of fault.

## FIFTEENTH DEFENSE

16.    The answering defendants owed plaintiff no special duty of care.

**JURY DEMAND**

17.     The answering defendants demand a trial by jury of all issues so triable.

**PRAYER FOR RELIEF**

**WHEREFORE**, the answering defendants request judgment dismissing the second amended complaint against them, or judgment in accord with the defenses set forth herein, together with the costs of this action, including reasonable attorneys' fees, and any additional relief the court deems appropriate.

Dated:       Buffalo, New York
             December 3, 2025

                                     Yours, etc.,

                                     Robert E. Quinn
                                     Acting Corporation Counsel


                          By:     s/Anthony C. Duddy
                                  Assistant Corporation Counsel
                                  City of Buffalo Department of Law
                                  65 Niagara Square, 1100 City Hall
                                  Buffalo, New York 14202
                                  (716) 851-4203
                                  aduddy@buffalony.gov